# EXHIBIT 1

# EXHIBIT 1

Username/Customer #          Password

Create Account | Forgot Password | Sign Out          Deals of the Day

|                | Products | Domain Auctions | Marketplace | Support & Community | O Comm |
|----------------|----------|-----------------|-------------|--------------------|--------|

Domains   Hosting   Email   Websites   eCommerce   Business   SSL & Security   Design   Resellers   Cc

**IQUESTIC**

Show All My Products

### Check to add these alternate *IQUESTIONAUTHORITY* domain names.

☐ **.INFO** $0.89*/yr SAVE!      ☐ **.NET** $8.99*/yr SAVE!      ☐ **.ORG** $14.99*/yr      ☐ **.ME** $8.99/yr SAVE

### Check to add these similar *IQUESTIONAUTHORITY.COM* domain names.

☐ **THE**IQUESTIONAUTHO...        $10.69*/yr SAVE!   ☐ **MY**IQUESTIONAUTHOR...        $10.69*/yr SA

**FOUR FACTS YOU MUST KNOW**
**(if you're going to sell anything)**
**PLUS a smoking hot blonde.**

"Thanks for the inspiration." - Dave G.

☐ **FREE**IQUESTIONAUTH...        $10.69*/yr SAVE!   ☐ **BEST**IQUESTIONAUTH...        $10.69*/yr SA

☐ **SI**QUESTIONAUTHORI...        $10.69*/yr SAVE!   ☐ ...NAUTHORITY**SITE**.COM        $10.69*/yr SA

☐ ...NAUTHORITY**ONLINE**.COM                    ☐ **ONLINE**IQUESTIONAU...        $10.69*/yr SA
                                   $10.69*/yr SAVE!

### Check to add these Premium domain names. ?

☐ QuestionPower.com  $1,995.00              ☐ IRuleWebpage.com  $2,000.00

☐ AuthorityDesigns.com  $1,588.00           ☐ AuthorityInc.com  $1,988.00

**ADD TO CART**

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

The data contained in GoDaddy.com, Inc.'s WHOIS database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" field. In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.

Registrant:
Question Authority

1023 E. Vaught Ct.
West Covina, California 91792
United States

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: IQUESTIONAUTHORITY.COM
Created on: 18-Feb-09
Expires on: 18-Feb-11
Last Updated on: 03-Feb-10

Administrative Contact:
Rosete, Isaac swiftcc.la@gmail.com
1023 E. Vaught Ct.
West Covina, California 91792
United States
(626) 290-2850

Technical Contact:
Rosete, Isaac swiftcc.la@gmail.com
1023 E. Vaught Ct.
West Covina, California 91792
United States
(626) 290-2850

Domain servers in listed order:
NS19.DOMAINCONTROL.COM
NS20.DOMAINCONTROL.COM

Registry Status: ok

See Underlying Registry Data
Report Invalid Whois

| My Account | Domain Search | Webmail | Telephone Support & Sales | Careers |
|---|---|---|---|---|
| My Renewals | Product Catalog | WHOIS search | Billing Support | Security Center |
| My Upgrades | Product Advisor | ICANN Confirmation | Go Daddy Community | Company Info |
| Account Settings | Gift Cards | Affiliates | Discussion Forums | News Center |
| Customer Information | Go Daddy Mobile | Connect with Us | Help and Guides | Customer Testimonials |
| Order History | Today's Offers | Gadgets/Widgets | Submit Support Ticket | The Scoop & Rumor Cor |
| Create Account | | Site Map | Report Spam | Marketing Proposals |

Use of this Site is subject to express Terms of Use. By using this Site, you signify that you agree to be bound by these Terms of Use,
Legal    Privacy Policy

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain e

Copyright © 1999 - 2010 GoDaddy.com, Inc. All rights reserved.

# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-01768-CMN Document 1 Filed 07/14/10 Page 6 of 14

# reviewjournal.com

 PRINT THIS

Powered by  Clickability

May. 10, 2010
Copyright © Las Vegas Review-Journal

## Exxon Valdez oil risks spur warning for gulf cleanup crews

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL

They called it the "Valdez crud," but it was more than a cough and diarrhea.

"We thought it was a flu that was going around and everybody kept getting it," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.

Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave.

Now Savage wants today's workers to be aware of similar risks they might face in cleaning up the even bigger BP oil spill in the Gulf of Mexico.

Savage, who wrote a book, "Silence in the Sound," about the Exxon Valdez cleanup, recounts those risks as she sits in the upstairs "Alaska Room" of the North Las Vegas home where she now lives with her son and daughter-in-law.

Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.

Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the records have been sealed.

One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

After she wrote her book in 2003, Savage teamed up with marine toxicologist Riki Ott to warn about the dangers involved with cleaning up oil spills. In a video with Ott, Savage described the shoreline cleanup as being "like a war zone."

"What we know now is the oil is 1,000 times more toxic than we thought," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

Savage's personal experience is that the ill effects have lingered for years.

"When I came to Las Vegas in 1995, I was sick. I had bronchial problems," she said. "I lived with extreme diarrhea day in and day out for years."

During that time she has had severe pain in her joints and underwent a biopsy for a spot on her liver.

"They said I was an alcoholic, but I don't drink and I don't smoke," she said.

While pain pills and other medications didn't work for her problems, Savage researched some natural remedies.

"I found out about toxic chemicals and detoxed myself with a lemon juice concoction," she said. "And I sleep on a blanket with magnets in it. It gets your system back in shape.

After the Exxon Valdez ran aground on March 24, 1989, Savage signed on to be a cleanup worker.

"I worked two weeks on the spill, holding a hose with hot water gushing out and steam coming up," she said. "At first we didn't have masks. But later on we had paper masks that wouldn't last a day.

"There was crude oil and dead seaweed all around. The smell from that was horrible."

The rain gear workers wore would be cleaned using a solution that contained benzene and other chemicals, Savage said.

She eventually was promoted to the post of general foreman.

Even though workers would become sick, most didn't want to be sent from the boats and barges back to Valdez because they didn't want to lose their jobs.

"Everybody on my barge was complaining and throwing up," she said. "Even I was sick."

Before she left her boat at the end of the cleanup, she kept computer printouts of the workers' roster.

Little did she know then that the names would become a valuable resource in her effort to make them and their families aware of the toxic exposures they endured.

"I've had children who had parents who were cleanup workers and brothers, too. I know of 30 people who have contacted me since," Savage said.

"Thousands of people are suffering from the Valdez cleanup with no compensation. And there were Exxon officials on each barge. I knocked heads with a couple of them."

Contact reporter Keith Rogers at krogers@reviewjournal.com or 702-383-0308.

**Find this article at:**
http://www.lvrj.com/news/exxon-valdez-oil-risks-spur-warning-for-gulf-cleanup-crews-93258964.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

- Blog Quote
- TheBlog
  - ViDeos

## SiGN uP FoR THe TRuTH

Enter your email address to subscribe to this blog.

[empty text field]

[gray button]

## Meta

- Register
- Log in
- Entries RSS
- Comments RSS
- WordPress.com

# The Chemical Dispersants Will Kill Most of the Gulf Clean-up Workers!!!

Posted: June 24, 2010 by **Di553NTR** in TheBlog, ViDeos
Tags: SHEEP, Health, Civil Rights, Justice, Obama, NWO, Conspiracy, Big Government, Criminals, depopulation, Big Oil
0


Exxon Valdez oil risks spur warning for gulf cleanup crews

By KEITH ROGERS

LAS VEGAS REVIEW-JOURNAL

They called it the "Valdez crud," but it was more than a cough and diarrhea.

"We thought it was a flu that was going around and every body kept getting it," said Merle Savage, who was general foreman of the cleanup crews of the 1989 Exxon Valdez oil spill in Alaska's Prince William Sound.

Instead, the stuff that was making cleanup workers sick was a toxic cocktail of oil droplets in mist they inhaled from spraying the shoreline with hot water and chemicals that were used to disperse the spill's massive black wave.

Now Savage wants today's workers to be aware of similar risks they might face in cleaning up the even bigger BP oil spill in the Gulf of Mexico.

Savage, who wrote a book, "Silence in the Sound," about the Exxon Valdez cleanup, recounts those risks as she sits in the upstairs "Alaska Room" of the North Las Vegas home where she now lives with her son and daughter-in-law.

Many of the thousands of Exxon Valdez cleanup workers have died or have become seriously ill from inhaling the toxic mist and handling dispersants that contained benzene and other chemicals.

Of dozens of lawsuits that were filed by sick workers, seven were settled out of court and the records have been sealed.

One cleanup chemical, 2-Butoxyethanol, can be absorbed through the skin and cause blood and kidney damage resulting in headaches, respiratory problems and even death, according to the material safety data sheet for the dispersant, INIPOL, which was used in the cleanup of the Exxon Valdez spill.

After she wrote her book in 2003, Savage teamed up with marine toxicologist Riki Ott to warn about the dangers involved with cleaning up oil spills. In a video with Ott, Savage described the shoreline cleanup as being "like a war zone."

"What we know now is the oil is 1,000 times more toxic than we thought," Savage said. "The BP spill is going to be worse. I'm warning workers to understand how toxic the crude oil can be."

Savage's personal experience is that the ill effects have lingered for years.

"When I came to Las Vegas in 1995, I was sick. I had bronchial problems," she said. "I lived with extreme diarrhea day in and day out for years."

During that time she has had severe pain in her joints and underwent a biopsy for a spot on her liver.

"They said I was an alcoholic, but I don't drink and I don't smoke," she said.

While pain pills and other medications didn't work for her problems, Savage researched some natural remedies.

"I found out about toxic chemicals and detoxed myself with a lemon juice concoction," she said. "And I sleep on a blanket with magnets in it. It gets your system back in shape."

After the Exxon Valdez ran aground on March 24, 1989, Savage signed on to be a cleanup worker.

"I worked two weeks on the spill, holding a hose with hot water gushing out and steam coming up," she said. "At first we didn't have masks. But later on we had paper masks that wouldn't last a day.

"There was crude oil and dead seaweed all around. The smell from that was horrible."

The rain gear workers wore would be cleaned using a solution that contained benzene and other chemicals, Savage said.

She eventually was promoted to the post of general foreman.

Even though workers would become sick, most didn't want to be sent from the boats and barges back to Valdez because they didn't want to lose their jobs.

"Everybody on my barge was complaining and throwing up," she said. "Even I was sick."

Before she left her boat at the end of the cleanup, she kept computer printouts of the workers' roster.

Little did she know then that the names would become a valuable resource in her effort to make them and their families aware of the toxic exposures they endured.

"I've had children who had parents who were cleanup workers and brothers, too. I know of 30 people who have contacted me since," Savage said.

"Thousands of people are suffering from the Valdez cleanup with no compensation. And there were Exxon officials on each barge. I knocked heads with a couple of them."

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007171971 / 2010-07-09

Application Title: Exxon Valdez oil risks spur warning for gulf cleanup crews.

Title:               Exxon Valdez oil risks spur warning for gulf cleanup crews.

Appears in:          Las Vegas Review-Journal, May 10, 2010

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-05-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================